| IN RE: | NOEL HUMBERTO MELENDEZ GONZALEZ<br>VILMA MARTINEZ RIVERA | Bkrtcy. No. 10-04816-BKT<br>Chapter 13 |
|---|---|---|

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

Petition Filing Date: May 31, 2010        Meeting Date: Jul 23, 2010        DC Track No. 18

Days from petition date: 53        Meeting Time: 1:00 PM

910 Days before Petition: 12/3/2007        ☐ Chapter 13 Plan Date: Apr 19, 2010 Dkt.# 2        ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.        Plan Base: $9,000.00

This is the 2nd Scheduled Meeting        Confirmation Hearing Date: Aug 06, 2010        Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:        Ck/MO No.    Date    Amount        Total Paid In: $150.00

**I. Appearances:**    ☐ Telephone   ☐ Video Conference        ☒ Creditor(s) present:  ☐ None.
☒ Debtor Present        ☒ ID & Soc. OK        ☐ Debtor Absent        BPPR - R. Rivera
☒ Joint Debtor Present        ☒ ID & Soc. OK        ☐ Joint Debtor Absent
Debtor(s) was/were    ☒ Examined    ☐ Not Examined under oath.
Attorney for Debtor(s)    ☒ Present    ☐ Not Present
☐ Substitute attorney:                                ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00        Paid Pre-Petition: $0.00        Outstanding: $3,000.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**    ☐ For Failure to appear;    ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are)  ☒ Under  ☐ Above Median Income.        Liquidation Value: $0
Commitment Period is  ☒ 36  ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A

The Trustee  ☐ RECOMMENDS  ☒ OBJECTS  Plan confirmation.
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☒ CLOSED  ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]    ☐ INSUFFICIENTLY FUNDED    ☐ To pay §507    ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS    ☒ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements    ☒ Plan not filed in Good Faith §1325(a)(3)    ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Debtors will provide Deed of Donation of Hereditary Interest to her mother (H heirs, including Debtor) Re: Liq. Value.
(2) Debtors will assume vehicle lease with Popular Leasing, 2005 Nissan Pathfinder.
(3) Debtors will amend SOFA, Line 9 to reflect

/s/ José R. Carrión
Trustee        Presiding Officer        Page 1 of 2        Date: Jul 23, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

payment of $500.00 made to attorney before the filing of the petition for filing related expenses.

(4) Trustee to analyze information provided about complete lack of income during years 2006 and 2007, since mortgage payment was of $1400.00 and lease of $565.00 each month. Debtors have not been able to adequately explain how they paid such obligations without any income. Their siblings work for retail stores and have very limited income.