## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO. 10-04816 (BKT) |
| Noel H Melendez Gonzalez | * | |
| Vilma Martinez Rivera | * | |
| **DEBTOR(S):** | * | CHAPTER: 13 |
| Cooperativa Ahorro y | * | |
| Crédito Vegabajeña | * | |
| **MOVANT:** | * | |
| Jose Melendez Narvaez | * | INDEX: |
| Jose R Carrion Morales, Trustee | * | |
| **RESPONDENT(S):** | * | |

### NOTICE ON MOTION FOR RELIEF OF CO-DEBTOR'S STAY UNDER 11 U.S.C. §1201(c) OR §1301(c)(2)

To the above named respondent (s):

You are hereby notified that on July 21th, 2010, the above movant filed the enclosed Motion Seeking Relief from the Automatic Stay of Section 1201 and 1301 of the Bankruptcy Code.

You must file an answer to the motion within twenty (20) days from the service of this notice, and serve such answer upon movant or his attorney Carlos A. Quilichini Paz, whose address is P.O. Box 9020895, San Juan, Puerto Rico 00902-0895.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

CELESTINO MATTA-MENDEZ,
CLERK OF THE COURT

Date of Issuance: JUL 2 2 2010     By: _Jose Romo_

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the within Notice and Motion through First Class U.S. Mail to non CM/ECF participants: *Jose Melendez Narvaez* at PO Box 608, Vega Baja, P.R. 00694; *Debtor* at 31005 Calle Margaruta, Urb. Miraflores, Dorado, PR 00646; and to CM/ECF participants *Juan O Calderon Lithgow, Esq.*; *Jose R Carrion Morales, Trustee*; on July 22, 2010 by regular US mail to non CM/ECF participants and through electronic means to CM/ECF participants.

Executed on July 22, 2010