**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

CASE NO. 10-04816 BKT

NOEL HUMBERTO MELENDEZ GONZALEZ          Chapter 13

VILMA  MARTINEZ RIVERA


XXX-XX-1807

XXX-XX-1531


                    Debtor(s)

---

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1.  Plan dated: **04/19/2010**  (Docket no. **2**) is not confirmed.

    ____ The §341 meeting of creditors was continued to _____ at ____.

2.  Hearing on Confirmation is continued to:  **11/03/2010 at 09:00 A.M., US
    POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD
    FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan:
    Objections must be filed not later than ten (10) days prior the hearing
    on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3.  **OTHER:**


                              /S/Brian K. Tester
                              U.S. Bankruptcy Judge


Date: **08/06/2010**              BY:  CARMEN B. FIGUEROA
                                       Courtroom Deputy