IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NOEL HUMBERTO MELENDEZ GONZALEZ<br><br>VILMA MARTINEZ RIVERA<br><br>DEBTORS<br><br>COOPERATIVA AHORRO Y CREDITO VEGABAJENO<br><br>MOVANT<br><br>JOSE MELENDEZ NARVAEZ<br><br>JOSE R CARRION MORALES, TRUSTEE | CASE NO. 10-04816 BKT<br><br>Chapter 13<br><br><br><br><br><br><br><br><br><br>FILED & ENTERED ON 08/23/2010 |

**ORDER**

The Motion for Relief of Co debtor's Stay under §1301 (c)(2) filed by Cooperativa de Ahorro y Credito Vegabajeno (docket #15) is hereby granted.

IT IS SO ORDERED.

San Juan, this 23 day of August, 2010.

                                                Brian K. Tester
                                                U.S. Bankruptcy Judge

CC:    DEBTOR(S)
        JUAN O CALDERON LITHGOW
        JOSE RAMON CARRION MORALES