IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

NOEL HUMBERTO MELENDEZ GONZALEZ

VILMA MARTINEZ RIVERA

XXX-XX-1807

XXX-XX-1531

Debtor(s)

CASE NO. 10-04816 BKT

Chapter 13

FILED & ENTERED ON 09/02/2010

## ORDER GRANTING WITHDRAWAL OF MOTION

Debtors' motion to withdrawn the amended plan filed on 09/01/10 (docket entry #23) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 02 day of September, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES