IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 10-04816 BKT |
| NOEL HUMBERTO MELENDEZ GONZALEZ | Chapter 13 |
| VILMA MARTINEZ RIVERA | |
| XXX-XX-1807 | |
| XXX-XX-1531 | |
| | FILED & ENTERED ON 09/02/2010 |
| Debtor(s) | |

### ORDER GRANTING WITHDRAWAL OF OBJECTION

The motion withdrawing objection to confirmation filed by Popular Auto, docket entry #26 is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 02 day of September, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES