IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **NOEL H. MELENDEZ GONZALEZ** <br> **VILMA MARTINEZ RIVERA** | CASE NO. 10-04816(BKT) |
| **DEBTORS** | **CHAPTER 13** |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN OF 9/01/2010

Comes now, R-G MORTGAGE CORP., represented by the undersigned attorneys who state and pray as follows:

**The undersigned attorney has been advised by the Federal Deposit Insurance Corporation ("FDIC") as Receiver for R-G Premier Bank whose assets were sold to Scotiabank on April 30, 2010 to continue with the legal representation of R-G Mortgage Corporation as servicing agent of R-G Premier Bank, now Scotiabank.**

1. On October 13, 2010 R-G filed an Objection to Confirmation of Debtors' Amended Plan dated September 1, 2010.

2. On November 22, 2010, Debtors have filed their second amended plan which takes care of the pre petition arrears claimed in R-G's Objection to confirmation filed on October 13, 2010.

3. Having provided for the omission claimed by R-G, it is now withdrawing its objection to confirmation to Debtors' plan dated September 1, 2010.

WHEREFORE, it is respectfully requested from the Honorable Court to consider R-G objection to Debtors' plan dated September 1, 2010 withdrawn, and to

take notice, that RG has no objection to the confirmation of debtor's plan dated November 22, 2010, if it is favorably recommended by the Trustee.

### NOTICE OF RESPONSE TIME

Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor's attorney and to **Jose R. Carrion Morales, Esq.,** US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant debtor, to their address of record in this case.

In San Juan, Puerto Rico, on the 22nd day of November, 2010.

**CARDONA JIMENEZ LAW OFFICE**
Attorney for R-G MORTGAGE CORP.
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: cardonalaw@prtc.net

/s/José F. Cardona Jiménez, USCD PR 124504
jf@cardonalaw.com