IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-04816 BKT

Chapter 13

NOEL HUMBERTO MELENDEZ GONZALEZ

VILMA  MARTINEZ RIVERA

XXX-XX-1807

XXX-XX-1531

FILED & ENTERED ON 11/14/2011

Debtor(s)

## ORDER DISMISSING CASE

The motion to dismiss filed by Popular Auto (docket #46) having been duly notified to all parties in interest, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 14 day of November, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:    All creditors
      F/up